An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

FUNDAMENTAL ADMINISTRATIVE
SERVICES, LLC,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DOUGLAS W. HERNDON, DISTRICT
JUDGE,
Respondents,
and
EVA MEDER, INDIVIDUALLY AND AS
THE SPECIAL ADMINISTRATOR OF
THE ESTATE OF HOWARD MEDER,
Real Party in Interest.

No. 68904

**FILED**

NOV 13 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This is an original petition for a writ of mandamus or prohibition challenging a district court order denying summary judgment. Having considered the petition, we are not persuaded that petitioner has met its burden to demonstrate that our extraordinary discretionary intervention is warranted. NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997)

15-34625

(noting that this court generally will not consider writ petitions challenging orders denying motions for summary judgment). Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas


cc:   Hon. Douglas W. Herndon, District Judge
Marquis Aurbach Coffing
The Howard Law Firm
Lanzone Morgan/Long Beach
Eighth District Court Clerk

---

[1]In light of this order, we deny petitioner's motion for a stay of the district court proceedings.